**No. 54466.**—R. W. Smith *v.* United States, protest 151077–K (Galveston).

Opinion by CLINE, J. An examination of the collector's report on protest, received in evidence, indicates that an allowance of refund of $35 in duty would have been granted if at the time of liquidation the orders of the Department of Agriculture refusing admission of the seed and the export entry had been attached to the entry. Counsel for the defendant stated that the Government recommended that allowances be made in accordance with the collector's report. The protest was therefore sustained and judgment was rendered in favor of plaintiff directing that a refund of $35 in duty be granted.

**No. 54467.**—Wing Chong Lung Co. et al. *v.* United States, protests 987580–G, etc. (Los Angeles and Seattle).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54468.**—Vincent Misuraca *v.* United States, protests 153816–K and 156570–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54469.**—A. S. Leather Co. et al. *v.* United States, protests 55631–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 54470.**—Park Benziger & Co. et al. *v.* United States, protests 89074–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.